[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 18, 2005
THOMAS  K. KAHN
CLERK

No. 04-13569

D. C. Docket No. 03-01489-CV-T-24MSS
and BKCY No. 00-02740-BK-ALP

In Re:

McDILL COLUMBUS CORPORATION,

Debtor,

MAYNARD FERNANDEZ,

Plaintiff-Appellant,

versus

Y.C. FERNANDEZ,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(May 18, 2005)**

Before DUBINA, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

AFFIRMED. <u>See</u> 11th Cir. R. 36-1.[1]

_____

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)   judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)   the evidence in support of a jury verdict is sufficient;

    (c)   the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)   summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)   judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.